**HOLLAND & KNIGHT LLP**
Abraham J. Colman (SBN 146933)
abe.colman@hklaw.com
Stacey H. Wang (SBN 245195)
stacey.wang@hklaw.com
Zachary C. Frampton (SBN 303225)
zac.frampton@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Facsimile:   213.896.2450

Attorneys for Defendant
HYUNDAI CAPITAL AMERICA
DBA KIA FINANCE FKA
KIA MOTORS FINANCE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHASE and HILARY CHASE,<br><br>              Plaintiffs,<br><br>     vs.<br><br>KIA MOTORS AMERICA, INC.; MICHAEL C. STEAD, INC. dba MICHAEL STEAD'S HILLTOP FORD KIA; HYUNDAI CAPITAL AMERICA dba KIA MOTORS FINANCE; and DOES 1 THROUGH 30, inclusive,<br><br>              Defendants. | Case No.: 3:22-cv-09082<br><br>[Removal from the Superior Court of the State of California for the County of Alameda, Case No. RG19010993]<br><br>**DEFENDANT HYUNDAI CAPITAL AMERICA DBA KIA FINANCE FKA KIA MOTORS FINANCE'S CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:    March 14, 2019<br>Trial Date:       None Set |

///

///

///

///

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Hyundai Capital America ("HCA") certifies based on current knowledge the following:

HCA is a California corporation.  Approximately 80% of HCA's stock is held by Hyundai Motor America, also a California corporation and a wholly-owned subsidiary of Hyundai Motor Company ("HMC"), a corporation organized under the laws of the Republic of Korea.  HMC's stock is publicly traded on the Korea Stock Exchange.

The remainder of HCA's stock is held by Kia America, Inc. ("KA") fka Kia Motors America, Inc., a California corporation. KA is a wholly-owned subsidiary of Kia Corporation ("KC") fka Kia Motors Corporation, a corporation organized under the laws of the Republic of Korea. KC's stock is publicly traded on the Korea Stock Exchange.

DATED:  December 22, 2022

HOLLAND & KNIGHT LLP

By: /s/ *Zachary Frampton*
  Zachary Frampton

*Attorneys for Defendant*
*Hyundai Capital America d/b/a Kia Finance*
*f/k/a Kia Motors Finance*