CONN LAW, PC
ELLIOT CONN          Bar No. 279920
354 Pine Street, 5th Floor
San Francisco, CA, 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com

WILCOX LAW FIRM, PC
Ronald Wilcox          Bar No. 176601
Allison Krumhorn       Bar No. 311011
2021 The Alameda, Suite 200
San Jose, CA 95126
Telephone:  (408) 296-0400
Facsimile:  (408) 296-0486
ronaldwilcox@gmail.com
allisonkrumhorn@gmail.com

Attorneys for Plaintiffs John Chase and Hilary Chase

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CHASE and HILARY CHASE,<br><br>Plaintiffs,<br><br>vs.<br><br>KIA MOTORS AMERICA, INC.; MICHAEL C. STEAD, INC. dba MICHAEL STEAD'S HILLTOP FORD KIA; HYUNDAI CAPITAL AMERICA dba KIA MOTORS FINANCE; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 3:22-cv-09082-JCS<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO SET DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTIONS 1281.98(c) AND 1281.99(a) AND [~~PROPOSED~~] ORDER**<br><br>Judge:    Joseph C. Spero<br>Date:     N/A<br>Courtroom: F, 15th Floor |

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs John Chase and Hilary Chase ("Plaintiffs") and Defendants KIA AMERICA, INC. ("Kia America"), MICHAEL C. STEAD, INC. dba MICHAEL STEAD'S HILLTOP FORD KIA ("Hilltop Kia"),and HYUNDAI

CAPITAL AMERICA dba KIA MOTORS FINANCE ("Kia Finance") (Plaintiffs and Defendants are collectively referred to herein as "the Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed this lawsuit on March 14, 2019 in Alameda County Superior Court;

WHEREAS, after the initiation of the lawsuit, Defendants demanded that the matter be submitted to binding arbitration and as a result, the Parties executed a Stipulation and [Proposed] Order to Stay Case Pending Arbitration that the Court entered on August 20, 2019. (Dkt. 1-1, pp. 00095-00104);

WHEREAS, Plaintiffs filed a Demand for Arbitration with JAMS on August 21, 2019. (Dkt. 1-2, pp. 00001-00056);

WHEREAS, in Arbitration, on September 23, 20219, Kia Finance submitted a Counterclaim against Plaintiffs. (Dkt. 1-3);

WHEREAS, on September 14, 2020, with the Arbitrator's authorization, Plaintiffs submitted an Addendum to Claimants' Demand for Arbitration, adding, *inter alia*, a claim, on behalf of John Chase, against Kia Finance, for violations of the Fair Credit Reporting Agencies Act, 15 U.S.C. § 1681, *et seq*. (Dkt. 1-2, pp. 00058-00060);

WHEREAS, on September 12, 2022, Plaintiffs filed a Motion to Vacate Order Staying Matter Pending Completion of Arbitration under Code of Civil Procedure § 1281.98 and to Lift Stay. (Dkt. 1-1, pp. 00234-00335);

WHEREAS, the Superior Court granted the Motion on December 6, 2022. (Dkt. 1-1, pp. 00609- 00622);

WHEREAS, on December 22, 2022, Defendant Kia Finance removed the matter to this Court based on Federal Question Jurisdiction. (Dkt. 1);

WHEREAS, Plaintiffs intend to file a Motion to Remand due to what Plaintiffs contend is an untimely removal and have begun to meet and confer with Defendants to attempt to avoid unnecessary motion practice;

WHEREAS, Plaintiffs have not yet filed their Motion for Attorneys' Fees and Costs they assert they are entitled to file pursuant to Code of Civil Procedure Sections 1281.98(c) and

1281.99(a) authorized by the Superior Court granting Plaintiffs' Motion to Vacate;

WHEREAS, Plaintiffs assert that had the matter remained in state court, Plaintiffs would have had between 60 and 180 days to file the Fee Motion. *See Sandlin v. McLaughlin*, 50 Cal. App. 5th 805, 827 (2020);

WHEREAS, because Defendant Kia Finance removed the matter *more* than 14 days after the Superior Court's December 6, 2022 order, should FRCP Rule 54(d)(2)(B) apply, by nature of the removal, the Fee Motion immediately became untimely, due to no fault of Plaintiffs;

WHEREAS, due to Plaintiffs' forthcoming Remand Motion, requiring Plaintiffs to now file a Fee Motion would unnecessarily use judicial resources as the issue of attorneys' fees may ultimately go back to the Superior Court and tying the deadline for Plaintiffs to file a Fee Motion to the Court's ruling on the forthcoming Remand Motion would conserve the Parties' and Court's resources;

WHEREAS, as the case has just now been removed, there have been no modifications of times sought before this Court;

WHEREAS, the requested modification of time will not affect any other dates currently set in the case;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the Parties agree that to the extent the Superior Court's December 6, 2022 Order conferred upon Plaintiffs a basis to file such a motion, the deadline for Plaintiffs to file a Motion for Attorneys' Fees and Costs pursuant to Code of Civil Procedure Sections 1281.98(c) and 1281.99(a) shall be 30 days from the Court ruling on Plaintiffs' forthcoming Motion to Remand.

//
//
//
//
//
//
//

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(1) Pursuant to Local Rules 6-1(b) and 6-2, the Parties agree that the deadline for Plaintiffs to file any Motion for Attorneys' Fees and Costs they may be entitled to file pursuant to Code of Civil Procedure Sections 1281.98(c) and 1281.99(a) shall be 30 days from the Court ruling on Plaintiffs' forthcoming Motion to Remand.

Dated: December 29, 2022     CONN LAW, PC

By:  /s/ Elliot Conn
     ELLIOT CONN
     Attorneys for Plaintiffs
     JOHN CHASE and HILARY CHASE

Dated: December 29, 2022     SHOOK HARDY & BACON LLP

By:  /s/ Amir Nassihi
     AMIR NASSIHI
     Attorneys for Defendant
     KIA AMERICA, INC.

Dated: December 29, 2022     HOLLAND & KNIGHT LLP

By:  /s/ Stacey H. Wang
     STACEY H. WANG
     Attorneys for Defendant
     HYUNDAI CAPITAL AMERICA DBA KIA
     FINANCE FKA KIA MOTORS FINANCE

Dated: December 29, 2022     SCALI RASMUSSEN, PC

By:  /s/ John P. Swenson
     JOHN P. SWENSON
     Attorneys for Defendant
     MICHAEL C. STEAD, INC. dba MICHAEL
     STEAD'S HILLTOP FORD KIA

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Elliot Conn, attest that I obtained concurrence in the filing of this document from the above Signatories.

Dated: December 29, 2022                    CONN LAW, PC

By:  /s/ Elliot Conn
     ELLIOT CONN
     Attorneys for Plaintiffs
     JOHN CHASE and HILARY CHASE

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: (1) Pursuant to Local Rules 6-1(b) and 6-2, the Parties agree that the deadline for Plaintiffs to file any Motion for Attorneys' Fees and Costs pursuant to Code of Civil Procedure Sections 1281.98(c) and 1281.99(a) that they may be entitled to file shall be 30 days from the Court ruling on Plaintiffs' forthcoming Motion to Remand.

Dated: January 3, 2023 ~~2022~~

The Honorable Joseph C. Spero, Chief Magistrate Judge